# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00119-CV

### Thomas Borgstedte, M.D., and excellerx, Inc.
### a/k/a Hospice Pharmacia, Appellants

### v.

### Debra Leigh, Kelvin Leonard and Thea King, Individually
### and on Behalf of the Estate of Bobby Leonard, Deceased, Appellees

### FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT
### NO. 2007V-034, HONORABLE DAN R. BECK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Thomas Borgstedte, M.D., and excellerx, Inc. a/k/a Hospice Pharmacia and appellees Debra Leigh, Kelvin Leonard and Thea King, Individually and on Behalf of the Estate of Bobby Leonard, Deceased, have filed a joint motion to dismiss this appeal. The motion states that appellants no longer wish to prosecute this appeal and that the parties have agreed to voluntarily dismiss the appeal in this matter. Accordingly, we grant the joint motion to dismiss and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Joint Motion

Filed:   March 26, 2008